710

granted. *Mr. R. T. M. McCready* for petitioner. *Messrs. Melville Church, Charles Neave,* and *Roy F. Steward* for respondent.

No. 717. ORENSTEIN & KOPPEL AKTIENGESELLSCHAFT *v.* KOPPEL INDUSTRIAL CAR & EQUIPMENT Co. March 17, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Dean Hill Stanley, Arthur Garfield Hays,* and *Wm. Cattron Rigby* for petitioner. *Messrs. Charles Henry Butler, John A. Kratz,* and *Godfrey L. Munter* for respondent.

No. 598. INTERNATIONAL PAPER Co. *v.* UNITED STATES. April 14, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. John W. Davis* and *Montgomery B. Angell* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg,* and *Mr. George C. Butte* for the United States.

No. 673. WISCONSIN ELECTRIC Co. *v.* DUMORE Co. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. George Bayard Jones, Walter F. Murray,* and *Greer Marechal* for petitioner. No appearance for respondent.

No. 683. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* WILLINGHAM LOAN & TRUST Co. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Harvey R. Gamble,* and *Clarence M. Charest* for petitioner. *Mr. J. C. Murphy* for respondent.